```
____FILED      ____ENTERED
____LODGED    ____RECEIVED

     APR 22 2011
       AT SEATTLE
  CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

11-CV-00265-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID MUNGAI NJENGA, | ) |
| Petitioner, | ) Case No. C11-265-JLR |
| v. | ) ORDER GRANTING MOTION |
| | ) FOR STAY OF BRIEFING |
| NATHALIE ASHER, *et al.*, | ) UNTIL ISSUANCE OF |
| | ) MANDATE IN *DIOUF V.* |
| Respondents. | ) *NAPOLITANO* |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondents' Motion for Stay of Briefing Pending Issuance of Mandate in *Diouf v. Napolitano*, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the objections thereto, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Respondents' Motion for Stay of Briefing Pending Issuance of Mandate in *Diouf v. Napolitano*, Dkt. No. 13, is GRANTED. Respondents shall file their Return and Status Report no later than 45 days after the Ninth Circuit issues its mandate in *Diouf v. Napolitano*.

3. The Clerk shall remove any pending motions from the motion calendar until further notice by the Court.

ORDER GRANTING MOTION FOR STAY OF BRIEFING UNTIL
ISSUANCE OF MANDATE IN *DIOUF V. NAPOLITANO* - 1

1  4. Respondents shall notify the Court once the mandate in *Diouf* issues.

2  5. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

3  DATED this 22ⁿᵈ day of April, 2011.

JAMES L. ROBART
United States District Judge

ORDER GRANTING MOTION FOR STAY OF BRIEFING UNTIL
ISSUANCE OF MANDATE IN *DIOUF V. NAPOLITANO* - 2