UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID MUNGAI NJENGA,<br><br>                Petitioner,<br><br>    v.<br><br>NATHALIE ASHER, *et al.*,<br><br>                Respondents. | Case No. C11-265-JLR-BAT<br><br>**REPORT AND<br>RECOMMENDATION** |

On March 3, 2011, petitioner, proceeding *pro se* and *in forma pauperis*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, which challenges the lawfulness of his continued detention pending a stay while the United States Court of Appeals for the Ninth Circuit decides his appeal of the denial of his motion to reopen. Dkt. No. 6. Respondents have appeared in this action which is currently held in abeyance pending issuance of the mandate in *Diouf v. Napolitano*, __ F.3d __, 2011 WL 768077 (9th Cir. March 7, 2011) (holding that aliens who are detained beyond six months and who received a stay while pursuing an appeal of the denial of a motion to reopen are entitled to a bond hearing before an immigration judge at which the government bears the burden of showing that the alien poses a flight risk or a danger to the community).

REPORT AND RECOMMENDATION - 1

1  On May 3, 2011, however, petitioner filed a motion for voluntary dismissal of his habeas

2 petition.  Dkt. No. 22.  The Court, having reviewed petitioner's motion for voluntary dismissal,

3 Dkt. No. 14), hereby recommends that this action and all claims asserted herein be dismissed

4 pursuant to Rule 41(a)(2), without prejudice to petitioner filing a new habeas petition and

5 without fees or costs to either party.  A proposed order accompanies this Report and

6 Recommendation.

7  DATED this 9th day of May, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2